# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL JOE OLIVARES,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00830-JDP<br><br>ORDER ON SOCIAL SECURITY APPEAL |

    This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Acting Commissioner of the Social Security Administration regarding his application for supplemental security income. At a hearing on May 2, 2019, the court heard argument from the parties. Having reviewed the record, administrative transcript, briefs of the parties, and applicable law—and having considered arguments made at the hearing—we find that the Administrative Law Judge's decision is supported by substantial evidence in the record and is free of reversible legal error. For the reasons stated on the record at oral argument, we deny claimant's appeal from the administrative decision of the Commissioner of Social Security. The clerk of court is directed to enter judgment in favor of defendant and against claimant Gabriel J. Olivares. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 26, 2019                                  _____
                                                                           UNITED STATES MAGISTRATE JUDGE

No. 200.